# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Wright Brothers Construction & Supplies ) | ASBCA No. 60453 |
| ) | |
| Under Contract No. W919QA-10-C-0017 ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Haji Mohammad Jan
                                                              Managing Director

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                                                       Army Chief Trial Attorney
                                                                       MAJ Christopher C. Cross, JA
                                                                       Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 18 November 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60453, Appeal of Wright Brothers Construction & Supplies, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals